**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

| | | |
|---|---|---|
| MUSTAFA MUSLEH, | § | No. |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S COMPLAINT

MUSTAFA MUSLEH (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Louisiana, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Denham Springs, Livingston County, Louisiana.

7. Defendant is an alleged debt collector as that term is defined by *15 U.S.C. 1692a(6)*.

8. Defendant is a limited liability company with a business office located in Norfolk, Virginia.

## FACTUAL ALLEGATIONS

9. During or around June of 2010, Defendant started constantly and continuously placing telephone calls to Plaintiff.

10. Defendant contacted Plaintiff at telephone number (225) 243-7430 from telephone number (757) 961-3544, several times per day, several times per week.

11. Plaintiff states that Defendant placed three (3) to four (4) separate telephone calls to Plaintiff during a single day.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

12. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, and abuse Plaintiff; and

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, MUSTAFA MUSLEH, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

13. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

14. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k;* and

15. Any other relief that this Honorable Court deems appropriate.

                                            RESPECTFULLY SUBMITTED,

Dated: 09/19/2011          By:\_/s/ Kelli Denise Mayon\_\_
                                        Kelli Denise Mayon, Esq.
                                        Louisiana SBN: 32895
                                        4712 Purdue Drive
                                        Metairie, LA 70003
                                        kellimayon@gmail.com
                                        Phone: (504) 401-0533

                                        *Of Counsel*
                                        Peter Cozmyk Esq.
                                        Ohio SBN: 0078862
                                        Krohn & Moss, Ltd.
                                        8043 Corporate Circle, Suite 3
                                        North Royalton, OH 44133
                                        pcozmyk@consumerlawcenter.com
                                        Phone: (323) 988-2400 x 213
                                        Fax: (866) 799-3206

                                        Attorneys for Plaintiff
                                        MUSTAFA MUSLEH

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF LOUISIANA

Plaintiff, MUSTAFA MUSLEH, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MUSTAFA MUSLEH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

5-26-2011
Date

MUSTAFA MUSLEH