**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

| | |
|---|---|
| MUSTAFA MUSLEH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-00646-JJB -SCR |
| v. ) | |
| ) | NOTICE OF VOLUNTARY |
| ) | DISMISSAL |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |

MUSTAFA MUSLEH (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC., (Defendant), in this case.

DATED:  November 16, 2011                    RESPECTFULLY SUBMITTED,

                                By: /s/ Kelli Denise Mayon
                                Kelli Denise Mayon
                                4712 Purdue Drive
                                Metairie, LA 70003
                                kellimayon@gmail.com

## CERTIFICATE OF SERVICE

   I hereby certify that on November 16, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

**Keith S. McGurgan**
**Litigation Counsel**
**Office of General Counsel**
**Portfolio Recovery Associates**
**140 Corporate Boulevard**
**Norfolk, Virginia 23502**

              By: /s/ Kelli Denise Mayon
              Kelli Denise Mayon
              Attorney for Plaintiff